## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SAL'S LANDSCAPING & LAWN CARE, INC. | : | No. 25 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| ARVIND DELVADIA | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HEARTHSTONE HOMES, INC. | : | |
| | : | |
| | : | |
| PETITION OF: ARVIND DELVADIA | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 14th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.